## 20194. WILLIAMS *v.* THE STATE.

HEAD, Justice. While the evidence to support the conviction of the defendant as a principal in the second degree is not entirely satisfactory, this court can not say as a matter of law that the State's evidence, considered with the defendant's statement, was not sufficient to authorize the verdict rendered.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 9, 1958—DECIDED OCTOBER 10, 1958.

*Ralph L. Crawford,* for plaintiff in error.

*Andrew J. Ryan, Jr., Solicitor-General, Eugene Cook, Attorney-General, Rubye G. Jackson, Deputy Assistant Attorney-General,* contra.